ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 08-07241-CBM (MANx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $23,063.32 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| ANDREW A. KIELY, | ) |
| Claimant. | ) |

On October 31, 2008, plaintiff United States of America ("the United States of America") filed a Verified Complaint for Forfeiture alleging that the defendant $23,063.32 in U.S. currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 981(a)(6).

1  The United States of America deemed claimant Andrew A. Kiely ("claimant") to have filed a claim to the defendant currency.  No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3.  Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimant.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.  $14,991.16 of the defendant currency, with interest, shall be returned to claimant.  The remainder of the defendant currency ($8,072.16), plus the interest earned by the United States of America on the entire sum since seizure, shall be condemned and forfeited to the United States of America.  The United States Marshals Service is ordered to dispose of the defendant currency in accordance with the law.

5. The funds to be returned to claimant pursuant to paragraph 4 shall be paid to claimant within sixty (60) days of the entry of this Consent Judgment of Forfeiture.

6. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further finds that claimant did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

//
//
//
//
//

9. The Court shall maintain jurisdiction in this case for the purpose of effectuating the terms of this Consent Judgment of Forfeiture.

DATED: September 12, 2011

_____
THE HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: August __, 2011        ANDRÉ BIROTTE JR.
                              United States Attorney
                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                              _____
                              FRANK D. KORTUM
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


DATED: August__, 2011         LAW OFFICES OF RICHARD N. FLEMING


                              _____
                              RICHARD N. FLEMING, ESQ.

                              Attorneys for Claimant
                              Andrew A. Kiely