1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7       United States Courthouse
        312 North Spring Street, Suite 1400
8       Los Angeles, California 90012
        Telephone: (213)894-5710
9       Facsimile: (213)894-7177
        E-Mail:   Frank.Kortum@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12                UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                         WESTERN DIVISION

15 UNITED STATES OF AMERICA,      )  NO.  CV 08-07241-CBM (MANx)
                                  )
16          Plaintiff,             )
                                  )
17          v.                     )  **CONSENT JUDGMENT OF FORFEITURE**
                                  )
18 $23,063.32 IN U.S. CURRENCY,   )
                                  )
19          Defendant.             )
                                  )
20 _____ )
                                  )
21 ANDREW A. KIELY,                )
                                  )
22          Claimant.               )
                                  )
23 _____ )

24      On October 31, 2008, plaintiff United States of America

25 ("the United States of America") filed a Verified Complaint for

26 Forfeiture alleging that the defendant $23,063.32 in U.S.

27 currency (the "defendant currency") is subject to forfeiture

28 pursuant to 21 U.S.C. § 981(a)(6).

The United States of America deemed claimant Andrew A. Kiely ("claimant") to have filed a claim to the defendant currency. No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3.   Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimant.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.   $14,991.16 of the defendant currency, with interest, shall be returned to claimant.  The remainder of the defendant currency ($8,072.16), plus the interest earned by the United States of America on the entire sum since seizure, shall be condemned and forfeited to the United States of America.  The United States Marshals Service is ordered to dispose of the defendant currency in accordance with the law.

5.    The funds to be returned to claimant pursuant to paragraph 4 shall be paid to claimant within sixty (60) days of the entry of this Consent Judgment of Forfeiture.

6.    Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

7.    The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8.    The Court further finds that claimant did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

//
//
//
//
//

9. The Court shall maintain jurisdiction in this case for the purpose of effectuating the terms of this Consent Judgment of Forfeiture.

DATED: September 12, 2011



_____
THE HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: August ___, 2011    ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                           _____
                           FRANK D. KORTUM
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           UNITED STATES OF AMERICA


DATED: August___, 2011     LAW OFFICES OF RICHARD N. FLEMING


                           _____
                           RICHARD N. FLEMING, ESQ.

                           Attorneys for Claimant
                           Andrew A. Kiely